FORM 8. Entry of Appearance                                           Form 8
                                                                      Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LARRY GOLDEN    v.    THE UNITED STATES

No. 18-1942

**RECEIVED MAY 23 2018**
United States Court of Appeals for the Federal Circuit

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must electronically file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☒ Pro Se    ☐ As counsel for:    LARRY GOLDEN
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

**RECEIVED MAY 21 2018**
United States Court of Appeals For The Federal Circuit

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name:
Law Firm:
Address:
City, State and Zip:
Telephone:
Fax #:
E-mail address:

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  MAY 17, 2018    Signature of pro se or counsel  *Larry Golden*

cc: _____

Reset Fields

**ATPG**
740 Woodruff Rd., #1102
Greenville, SC  29607


7015 1520 0003 2713 2481




20439

U.S. POSTAGE
PAID
GREENVILLE, SC
29616
MAY 17, 18
AMOUNT
**$6.70**
R2304M113835-51

CERTIFIED MAIL®

RECEIVED 2018 MAY 21 AM 6:01 US COURT OF APPEALS FEDERAL CIRCUIT

United States Court of Appeals
For the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439